JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITA LATTIMORE,<br><br>               Plaintiff,<br><br>   vs.<br><br>ADP TOTALSOURCE SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>               Defendants. | Case No.: 5:20-cv-2175-JAK (SP)<br><br>**ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL (DKT. 40)** |

Based on a review of the parties' Stipulation for Voluntary Dismissal (the "Stipulation" (Dkt. 40)) and pursuant to Fed. R. Civ. P. 41(a), this action is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: __April 18, 2022__                    _____
                                              John A. Kronstadt
                                              United States District Judge